KENNETH E. KELLER (SBN 071450) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

JASON R. ERB (SBN 180962) jasonerb@hmausa.com
HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, California  92708
Telephone:     (714) 965-3393
Facsimile:      (714) 965-3815

Attorneys for Plaintiff,
HYUNDAI MOTOR AMERICA, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation; HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>RYDELL CHEVROLET, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>            Defendant. | Case No.  8:15-cv-00186 CJC-DFM<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiffs Hyundai Motor America, Inc. and Hyundai Motor Company, certify that the following listed parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

HYUNDAI MOTOR AMERICA, INC.

HYUNDAI MOTOR COMPANY

1

---

| | |
|---|---|
| Dated: February 6, 2015 | KELLER, SLOAN, ROMAN & HOLLAND LLP |
| | |
| | By: ____/s/ Kenneth E. Keller_____ |
| | KENNETH E. KELLER |
| | Attorneys for Plaintiffs HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY |