RICHARD P. SYBERT (SBN: 080731)
rsybert@gordonrees.com
JUSTIN H. AIDA (SBN: 092681)
jaida@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
RYDELL CHEVROLET, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation<br><br>Plaintiff,<br><br>v.<br><br>RYDELL CHEVROLET, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:15-cv-00186 CJC (DFM)<br>*Honorable Cormac J. Carney*<br><br>**DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, OR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IOWA** |

I, Richard P. Sybert, declare as follows:

1. I am an attorney licensed to practice law before all Courts of the State of California. I am over the age of 18 years and a resident of San Diego County. I am a partner in the law firm of Gordon & Rees LLP, attorneys of record for defendants Rydell Chevrolet, Inc. ("Defendant"). If called as a witness, I could and would competently testify as to my own personal and firsthand knowledge of the matters set forth herein.

-1-
DECLARATION OF RICHARD P. SYBERT    CASE NO. 8:15-cv-00186 CJC (DFM)

2.    This motion is made following the formal conference of counsel pursuant to L.R. 7-3 which took place on April 10, 2015 following informal discussions prior to filing.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 14th day of April, 2015 in San Diego, California.

/S/*Richard P. Sybert*
Richard P. Sybert

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1103658/23177487v.1

-2-
DECLARATION OF RICHARD P. SYBERT    CASE NO. 8:15-cv-00186 CJC (DFM)